

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,707

### EX PARTE DONNIE DEWAYNE ROBINSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 07CR1066 IN THE 405TH DISTRICT COURT
### FROM GALVESTON COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to forty years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Robinson v. State*, No. 14-08-00913-CR (Tex. App.–Houston [14th Dist.] Jan. 28, 2010, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because he failed to timely notify Applicant that his conviction had been affirmed. On March 30, 2011 and September 14, 2011, we remanded this application to the trial court for findings of fact and

conclusions of law. The trial court has entered findings of fact and conclusions of law and determined that appellate counsel did not timely notify Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in case number 14-08-00913-CR that affirmed his conviction in cause number 07CR1066 from the 405th District Court of Galveston County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: January 11, 2012
Do not publish